**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

COLLETTE A. LARA,

       Plaintiff,

v.                                                   CV 10-333 RB/CG

CANDICE JAGER, INC. and
MANUEL EFREN AGUIRRE,

       Defendants.

## ORDER GRANTING COSTS

**THIS MATTER** is before the Court on the Court's *Order Granting Motion to Compel*, (Doc. 47), and Plaintiff's *Affidavit of Attorney's Fees and Costs*, (Doc. 48). In granting the motion to compel, the Court ordered Defendant Candice Jager, Inc. ("CJI") to pay Plaintiff's reasonable costs and attorney's fees in preparing and litigating the motion to compel. (Doc. 47 at 5). Plaintiff then submitted an affidavit showing a total expenditure of $1,540.80. (Doc. 48 at 2). Defendant did not object to Plaintiff's affidavit of costs. The Court finds Plaintiff's request for $1,540.80 to be reasonable.

**IT IS THEREFORE ORDERED** that Defendant CJI will pay Plaintiff's reasonable costs and attorney's fees in the amount of $1,540.80. Payment shall be due within thirty days of this Order.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE